202000477
Dp

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

| | |
|---|---|
| IN RE: | Case No. 20-50019 |
| Bradley Norman Hammons | Chapter 7 |
| Laura Carlin Hawes-Hammons | Judge Alan C. Stout |
| Debtors | |
| | **RESPONSE TO MOTION TO SELL FILED ON NOVEMBER 10, 2020 (DOCKET 64) BY QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC.** |
| | **(PROPERTY: 117 LYNN NELSON ROAD, BENTON, KY 42025**) |

Now comes the secured creditor, Quicken Loans, LLC Formerly Known As (FKA) Quicken Loans Inc. ("Creditor"), and hereby enters its Response to the Debtors' Motion to Sell Real Estate, and states as follows:.

Unless agreed to contrary in writing prior the proposed sale, pursuant to Bankruptcy Code section 363(f), Creditor insists that any such sale will be for an amount sufficient to completely payoff Creditor's mortgage loan account in full, including attorney fees and costs and that Creditor will receive any such sale proceeds in full at the time of closing. Any sale for less than the full payoff amount owed to Creditor requires written permission of the creditor and is subject to any conditions imposed by the Creditor, including the right to withdraw such approval.

Creditor insists that adequate protection payments to be made up to completion of the sale. With that said, Creditor has approved the Short Sale OFFER, attached hereto as Exhibit "A", in the amount of $242,000.00 in which said closing must take place on or before December 15, 2020. Creditor is entitled to

net proceeds of $210,351.31. Creditor stresses that while this Short Sale Offer has been approved, said approval is NOT an approval to close.

 /s/ Joel K. Jensen
Joel K. Jensen, Case Attorney (81820)
LERNER, SAMPSON & ROTHFUSS
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 X 3349 / (513) 354-6464 fax
wkybk@lsrlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Response to Debtor's Motion to Sell Real Estate of the secured creditor, Quicken Loans, LLC Formerly Known As (FKA) Quicken Loans Inc., was electronically transmitted on December 1, 2020 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Michael A. Richardson, Attorney for Debtors
308 W. 15th St.
P.O. Box 1085
Hopkinsville, KY 42241-1085
courts@richardsoncraig.com

Mark Little, Trustee
1917 Versnick Way
Madisonville, KY 42431

Office of the U.S. Trustee
Charles R. Merrill
Asst. U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

and via regular U.S. mail, postage pre-paid:

Bradley Norman Hammons
200 South Hampton Place, 3-107
Clarksville, TN 37040

Laura Carlin Hawes-Hammons
200 South Hampton Place, 3-107
Clarksville, TN 37040

/s/ Joel K. Jensen
Joel K. Jensen, Case Attorney (81820)
LERNER, SAMPSON & ROTHFUSS
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 X 3349 / (513) 354-6464 fax
wkybk@lsrlaw.com