UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BRADLEY NORMAN HAMMONS | )   Case # 20-50019-ACS |
| LAURA CALIN HAWES-HAMMONS | ) |
| | ) |
| Debtor(s) | ) |

ORDER CONFIRMING SALE OF REAL PROPERTY

On motion of the Trustee, Mark Little, for this Court to confirm the sale of a real property located at 117 Lynn Nelson Road, Benton, Kentucky to Jonathan Adrian Sporea and Morgan Paige Sporea; and to authorize the Trustee to execute a deed with special warranty conveying the subject property to Jonathan Adrian Sporea and Morgan Paige Sporea; and the Court being otherwise duly and sufficiently advised:

IT IS HEREBY ORDERED the Trustee's motion to confirm the sale of the real property located at 117 Lynn Nelson Road, Benton, Kentucky is SUSTAINED. The Trustee, Mark Little shall convey by deed of special warranty the subject property to Jonathan Adrian Sporea and Morgan Paige Sporea for the purchase price of $242,000.00.

Alan C. Stout
United States Bankruptcy Judge

Dated: December 10, 2020

Prepared By:

/s/ Mark Little
Mark Little, Trustee
1917 Versnick Drive
Madisonville, Kentucky 42431
(270) 821-0110
trustee@littlelawky.com